UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MACTEC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-340 |
| ) | (Phillips) |
| BECHTEL JACOBS COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the court on plaintiff's motion requesting modification to the court's scheduling order [Doc. 65]. The motion is **GRANTED in part and DENIED in part** as follows:

1. The time for plaintiff to disclose any expert testimony is extended through and including **June 15, 2007.**

2. The time for the parties to disclose any rebuttal experts is extended through **July 16, 2007.**

3. The time for the parties to file a *Daubert* motion is <u>not</u> extended as it would leave the court with insufficient time to properly consider the motion in advance of trial.

**IT IS SO ORDERED.**

**ENTER:**

<u>     s/ Thomas W. Phillips     </u>
United States District Judge