| | |
|---|---|
| MACTEC, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-255 |
| ) | (Phillips) |
| BECHTEL JACOBS COMPANY, LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGEMENT ORDER

Upon consideration of the evidence produced at the nonjury trial held August 27 through September 6, 2007, and for the reasons set forth in the findings of fact and conclusions of law filed contemporaneously with this order, it is **ORDERED** that MACTEC, Inc., recover from defendant Bechtel Jacobs Company, LLC, damages in the amount of Nine Million, Eight Hundred Forty-Four Thousand, Three Hundred Nineteen Dollars and Eighty-Two Cents ($9,844,319.82) plus interest from December 31, 2007, costs of this action and attorney fees, the amount to be determined by further orders of the court.

**IT IS SO ORDERED.**

                                                **ENTER:**

                                               s/ Thomas W. Phillips
                                            United States District Judge